IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00240-REB-MEH

AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin insurance company;

    Plaintiff,

v.

MIDNIGHT PLUMBING & HEATING, INC.; a Colorado corporation;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2007.**

    The Stipulated Motion to Amend Scheduling Order to Extend Time to File Expert Disclosures [filed August 9, 2007; doc #14] is **denied without prejudice**.  The proposed extended deadline dates run past the current discovery cutoff of October 18, 2007, as set forth in the Amended Scheduling Order [doc #13].