**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00240-REB-MEH

AMERICAN FAMILY INSURANCE COMPANY, a Wisconsin insurance company,

    Plaintiffs,

v.

MIDNIGHT PLUMBING & HEATING, INC., a Colorado corporation,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

The matter comes before the court on the **Stipulation For Dismissal Without Prejudice** [#30], filed October 19, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal Without Prejudice** [#30], filed October 19, 2007, is **APPROVED**;

2. That the Trial Preparation Conference set for April 18, 2008, is **VACATED**;

3. That the jury trial set to commence May 12, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 22, 2007, at Denver, Colorado.

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn
                                              United States District Judge**